UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **DAE YOUNG HAN,** | : | Civil Action No.  08-2677 |
| **Plaintiff,** | : | |
| | : | **ORDER OF REASSIGNMENT** |
| vs. | | |
| | : | |
| **KWAK'S WELLNESS, LLC, et al.** | | |
| **Defendants,** | : | |

It is on this    1st    day of December, 2008,

ORDERED that the above entitled matter is hereby reassigned from

CHIEF JUDGE GARRETT E. BROWN, JR.  to JUDGE FREDA L. WOLFSON.


                                                                              S/Garrett E. Brown, Jr.
                                                                              GARRETT E. BROWN, JR.
                                                                              Chief Judge, United States District Court